UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                MDL DOCKET NO. 875

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SEP 25 2008

JOHNNY LEE HEDRICK, ET AL.                                            PLAINTIFFS

VS.                                                  CIVIL ACTION NO.: 1:00CV486GR

METROPOLITAN LIFE INSURANCE                                          DEFENDANTS
COMPANY, INC.

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause, having come on to be heard on the motion *ore tenus* of Plaintiffs **Mazie C. Thomas, Arthur Weathers, Hubert Stanley Wiley and James Hayes**, to dismiss with prejudice, Defendant Owens-Illinois, Inc., d/b/a O-I, in the above referenced cause, and the Court, having considered the motion and other supporting grounds, is of the opinion that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant Owens-Illinois, Inc. d/b/a O-I, be and the same are hereby dismissed with prejudice as to the claims of Plaintiffs Mazie C. Thomas, Arthur Weathers, Hubert Stanley Wiley and James Hayes, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED**, this _12th_ day of _Sept._, 2008.

U.S. DISTRICT COURT JUDGE
James T. Giles

AGREED TO AND APPROVED BY:

John M. Deakle (MSN# 6003)
Deakle Law Firm
802 Main Street
Hattiesburg, MS 39403

**ATTORNEYS FOR PLAINTIFFS**

Walter G. Watkins, Jr., (MSB#6988)
Jennifer M. Studebaker (MSB#10433)
Forman Perry Watkins Krutz & Tardy LLP
200 South Lamar Street
City Centre Building, Suite 100
Jackson, MS 39201-2131

**ATTORNEYS FOR DEFENDANT**